UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS MERVYN, individually and on behalf of all others similarly situated,<br><br>        **Plaintiff,**<br><br>ATLAS VAN LINES, INC. and ACE WORLD WIDE MOVING & STORAGE CO., INC., individually and on behalf of all others similarly situated,<br><br>        **Defendants.** | Case No.: 13-cv-03587<br><br>Judge Ronald A. Guzman |

## DOCKETING STATEMENT

Pursuant to Seventh Circuit Rules 3(c)(1) and 28(a), Plaintiff-appellant Thomas Mervyn submits the following Docketing Statement in connection with his notice of appeal filed on May 16, 2017 in the above-captioned matter.

### I. Jurisdiction of The District Court

Plaintiff in the above-captioned matter brought claims in the United States District Court for the Northern District of Illinois against Defendants alleging violations of the Motor Carrier Act, 49 U.S.C. §§ 14102 and 14704 *et seq.,* and the regulations promulgated thereunder, namely 49 C.F.R. § 376.12(d), all of which relate to truck owner-operators lease equipment to authorize motor carriers for the transportation of property. Plaintiff's initial complaint also asserted claims against Defendants alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("Rico"), 18 U.S.C. § 1964(c). The District Court had jurisdiction over those claims, as well as breach of contract claims, pursuant to 28 U.S.C. §§1331 and 1337.

### II. Jurisdiction of the Court of Appeals

This Court has jurisdiction over this appeal under 28 U.S.C. § 1291. This appeal is taken from the District Court's entry of final judgment in favor of Defendants dated April 20, 2017. No party has filed a motion that tolls the time within which to appeal. Plaintiff-appellant filed his notice of appeal on May 16, 2017.

**III.**    **Prior Or Related Appellate Proceedings**

None

**IV.**    **Prior Litigation In the District Court Arising Out of Same Criminal Conviction Or Designated By The District Court As Satisfying 28 U.S.C. § 1915(g):**

None

**V.**    **Counsel of Record on Appeal**

Counsel of record for Plaintiff-appellant before the United States Court of Appeals for the Seventh Circuit will be: Andrew Szot, Miller Law LLC, 115 S. LaSalle St., #2910, Chicago, IL 60603, aszot@millerlawllc.com.

Dated: May 16, 2017                                              Respectfully submitted,

By: /s/Andrew Szot
Marvin A. Miller
Andrew Szot
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

Edward D. McNamara, Jr.
**McNAMARA & EVANS**
P.O. Box 5039
931 South Fourth Street
Springfield, IL 62705-5039
Telephone: (217) 528-8476

Norman L. Hafron
**ROSENFELD, HAFRON,**
**SHAPIRO & FARMER**
221 North LaSalle Street, Suite 1763
Chicago, IL 60601

Telephone: (312) 372-6058

Kevin P. Roddy
**WILENTZ, GOLDMAN &
SPITZER, P.A**.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

  I, Andrew Szot, one of the attorneys for plaintiff, hereby certifies that on May 16, 2017, service of the foregoing document was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

            /s/ Andrew Szot
            Andrew Szot